IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| MARVIN SANDERS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:14cv798 |
| PATTERSON AUTO SMART | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Marvin Sanders, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Sanders has asked that his lawsuit be dismissed, and the magistrate judge issued a report recommending that this request be granted. No objections have been received. It is accordingly

**ORDERED** that the Report of the Magistrate Judge (docket no. 10) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the Plaintiff's motion to dismiss (docket no. 8) is hereby **GRANTED** and the above-styled civil action is **DISMISSED WITHOUT PREJUDICE**. Finally, it is

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED.**

It is SO ORDERED.

SIGNED this 4th day of March, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE